Certificate Number: 05781-PAE-DE-034398128

Bankruptcy Case Number: 15-12616



05781-PAE-DE-034398128

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2020, at 1:20 o'clock PM PDT, Glendora Bellamy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 29, 2020           By:     /s/Allison M Geving

                                 Name:   Allison M Geving

                                 Title:  President