# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Glendora Bellamy<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　Movant<br>　　vs.<br>Glendora Bellamy<br>　　　　　　　　Debtor(s) | NO. 15-12616 ELF |
| William C. Miller Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 7th day of October, 2020 at Philadelphia, upon withdrawal of the Debtor's response, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362, is **modified** with respect to the subject premises located at 7140 Limekiln Pike, Philadelphia, PA 19138 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Glendora Bellamy
7140 Limkiln Pike
Philadelphia, PA 19138

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532