United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 15-12616-elf |
|---|---|
| Glendora Bellamy | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Glendora Bellamy, 7140 Limkiln Pike, Philadelphia, PA 19138-2025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW SPIVACK | on behalf of Creditor PennyMac Loan Services  LLC paeb@fedphe.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEROME B. BLANK | on behalf of Creditor PennyMac Loan Services  LLC paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor PennyMac Loan Services  LLC paeb@fedphe.com |
| KARROLLANNE CAYCE | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | |

on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor PennyMac Loan Services  LLC robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PennyMac Loan Services  LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD MILLER
    on behalf of Creditor PennyMac Loan Services  LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

ZACHARY PERLICK
    on behalf of Debtor Glendora Bellamy Perlick@verizon.net  pireland1@verizon.net

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Glendora Bellamy<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br>Glendora Bellamy<br>　　　　　　　　　　Debtor(s) | NO. 15-12616 ELF |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this  7th   day of   October  , 2020 at Philadelphia, upon withdrawal of the Debtor's response, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362, is **modified** with respect to the subject premises located at 7140 Limekiln Pike, Philadelphia, PA 19138 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale  or  deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Glendora Bellamy
7140 Limkiln Pike
Philadelphia, PA 19138

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532