United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 15-12616-elf

Glendora Bellamy                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glendora Bellamy, 7140 Limkiln Pike, Philadelphia, PA 19138-2025 |
| aty | + | JOHN D. SCHLOTTER, 3575 Piedmont Road N.E., Atlanta, GA 30305-1623 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Dr., Richardson, TX 75082-4333 |
| cr | + | Bank of America, N.A., P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | + | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | + | PennyMac Loan Services, LLC, c/o Aldridge Connors LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305-1636 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| 13510658 | + | AMEX Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 13510659 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 13510660 | + | Beneficial Savings, 530 Walnut Street, Philadelphia, PA 19106-3624 |
| 13510663 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB Macy's, PO Box 17759, Clearwater, FL 33762 |
| 13535493 | + | Department Stores National Bank For Macys American, Bankruptcy Processing, Po Box 8053, Mason, OH 45040-8053 |
| 13565549 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 14498411 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13510665 | | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14498827 | + | PennyMac Loan Services, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13510666 | + | Private National Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14566771 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13598234 | + | The Bank of New York Mellon FKA The, Bank of New York as successor indenture, Bank of America, N.A., P.O. 5170, Simi Valley, CA 93062-5170 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13567493 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 20 2021 06:51:00 | Citizens Bank, 443 Jefferson Blvd, RJW 135, Warwick RI 02886 |
| 13605775 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13510662 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2021 06:51:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 13510664 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2021 06:51:00 | Internal Revenue Service, Centralized Insolvency |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 29 |

| | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 13510661 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Jan 20 2021 06:59:07 | Chase, Cardmemeber Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 13526657 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13549937 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 20 2021 06:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13510667 | + Email/Text: convergent@ebn.phinsolutions.com | | |
| | | Jan 20 2021 06:52:00 | RBS Citizens Bank, c/o Convergent Outsourcing, Inc., P.O. Box 9004, Renton, WA 98057-9004 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| cr | *+ | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. 5170, SIMI VALLEY, CA 93062-5170 |
| 13535492 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Department Stores National Bank For Macys Branded, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 13510668 | *+ | RBS Citizens Bank, c/o Convergent Outsourcing, Inc., P.O. Box 9004, Renton, WA 98057-9004 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |

| | |
|---|---|
| | on behalf of Creditor PennyMac Loan Services  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOS A. KATSAOUNIS | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JEROME B. BLANK | |
| | on behalf of Creditor PennyMac Loan Services  LLC paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | |
| | on behalf of Creditor PennyMac Loan Services  LLC paeb@fedphe.com |
| KARROLLANNE CAYCE | |
| | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | |
| | on behalf of Creditor PennyMac Loan Services  LLC robert.davidow@phelanhallinan.com |
| THOMAS YOUNG.HAE SONG | |
| | on behalf of Creditor PennyMac Loan Services  LLC paeb@fedphe.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER | |
| | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |
| | on behalf of Creditor PennyMac Loan Services  LLC ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM EDWARD MILLER | |
| | on behalf of Creditor PennyMac Loan Services  LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |
| ZACHARY PERLICK | |
| | on behalf of Debtor Glendora Bellamy Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 15

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Glendora Bellamy

          Debtor(s)

Bankruptcy No: 15−12616−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 1/19/21

91 − 90
Form 138_new
